Order affirmed, without costs, in a memorandum.

ALLIED-LYNN ASSOCIATES, INC., Respondent, v ALEX BRO., LLC, Appellant, et al., Defendants.

Submitted April 30, 2007; decided June 27, 2007

Reported below, 38 AD3d 1198.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

ANDREW BRITT et al., Appellants, v PHARMACOLOGIC PET SERVICES, INC., Respondent, et al., Defendant.

Submitted May 7, 2007; decided June 27, 2007

Reported below, 36 AD3d 1039.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, et al., Plaintiffs, v FOSTER WHEELER CORPORATION, Respondent, and AFFILIATED FM INSURANCE COMPANY et al., Appellants, et al., Defendants.

Submitted June 25, 2007; decided June 27, 2007

Reported below, 36 AD3d 17.

Motion by Honeywell International Inc. for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, et al., Plaintiffs, v FOSTER WHEELER CORPORATION, Respondent, and AFFILIATED FM INSURANCE COMPANY et al., Appellants, et al., Defendants.

Submitted June 25, 2007; decided June 27, 2007

Reported below, 36 AD3d 17.